# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **KEVIN O'NEILL,**  Defendant. | PO-16-5139-GF-JTJ  **VIOLATION: 6026676**  **Location Code: M13**  **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $500 and a $30 processing fee for VN 6026676 for a total amount of $530 in full by December 31, 2016. Payments should be mailed to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the Warrant for Arrest is QUASHED.

DATED this 27th day of September, 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge